# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN MIGUEL ISAIS,<br><br>Defendant | Case No.: 23CR1841-BAS<br><br>**JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE** |

Upon the motion of the Government, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Information against JUAN MIGUEL ISAIS in this case is dismissed without prejudice.

Defendant is on bond and the bond shall be exonerated. Counsel must prepare an order to disburse funds or release collateral.

SO ORDERED.

DATED: January 22, 2024

*Cynthia Bashant*
Honorable Cynthia Bashant
United States District Judge